■ In the Matter of ATTORNEYS IN VIOLATION OF JUDICIARY LAW § 468-A. ROBERT D. ABRAMS, Also Known as ROBERT DOUGLAS ABRAMS, Admitted on October 27, 1980, at a Term of the Appellate Division, First Department. MARK R. OSHEROW, Admitted on March 6, 1989, at a Term of the Appellate Divi-

sion, First Department. [— NYS2d —] —Motions granted and respondents reinstated as attorneys and counselors-at-law in the State of New York, effective the date hereof. No opinion. Concur—Ellerin, P. J., Nardelli, Williams, Mazzarelli and Saxe, JJ. [*See,* 230 AD2d 366; 247 AD2d 158.]